# **EXHIBIT D**

BRIAN NASH

Plaintiff

vs

NEAR NORTH AMERICA, INC., ET AL

Defendant

20240305221845

_____ Court Of _____

_____ Venue

Docket Number: MON L 2932 23

**Person to be served** (Name and Address):
LAURENT CASTAILAC
541 WINDSOR DR.
MENLO PARK CA 94025
**By serving:** LAURENT CASTAILAC

**Attorney:** MICHAEL F. O'CONNOR, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Service Data:**   [X] Served Successfully   [ ] Not Served

**Date/Time:** 3/8/2024

Name of Person Served and relationship/title:
LAURENT CASTAILAC
SELF

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (Indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: M   AGE: 55   HEIGHT: 6'0"   WEIGHT: 190   SKIN: C   HAIR: Gray/Balding   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

To Be Used Where Electronic Signature Not Available
Served Data:
Subscribed and Sworn to me this

_____ day of _____, 20 _____
Notary Signature: See over

_____        _____
Name of Notary         Commission Expiration

Docusign Court Approved E-Signature

I, Donald Kaul, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server        3/11/2024 Date

Name of Private Server: _____   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF San Mateo

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2024

by Donald Kaul

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

FRANK KAUL
Notary Public · California
San Mateo County
Commission # 2432751
My Comm. Expires Jan 24, 2027

Seal
Place Notary Seal Above

---------- OPTIONAL ----------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

Description of Attached Document
Title or Type of Document: Affidavit of Service

Document Date: 3/8/24

Number of Pages: 1

Signer(s) Other Than Named Above: none