# **EXHIBIT F**

# McMORAN, O'CONNOR, BRAMLEY & BURNS, P.C.
COUNSELLORS AT LAW

TEL. (732) 223-7711 • FAX (732) 223-7750
www.mcmoranlaw.com

**NEW JERSEY OFFICE**

2399 HIGHWAY 34
BLDG. D, SUITE D-1
MANASQUAN, NEW JERSEY 08736

REPLY TO: NEW JERSEY OFFICE

**NEW YORK OFFICE**

10 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10020

MICHAEL F. O'CONNOR
MEMBER OF NJ AND NY BARS
moconnor@mcmoranlaw.com

May 22, 2024

**BY eCourts**

Hon. Stacey D. Adams, J.S.C.
Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Street
Freehold, New Jersey 07728

    Re:    <u>Brian Nash v. Near North America, Inc., et als.</u>
             Docket No: MON-L-2932-23

Dear Judge Adams:

We represent the plaintiff, Brian Nash, in the captioned matter.

On March 25, 2024, we submitted affidavits of service of the summons and complaint on defendants Gladys Kong and Laurent Castailac. LCV20247615200. Despite the filing of the affidavits, on March 30, 2024, the Court dismissed the claims against defendants Kong and Castailac for lack of prosecution.

Since that time, we have been in contact with the Clerk's Office, which has assured us that the claims against Kong and Castailac would be reinstated to the active case list and no motion was necessary. However, no order to that effect has been entered.

Hon. Stacey D. Adams, J.S.C.
May 22, 2024
Page 2

    Under these circumstances, we respectfully request that the Court enter the enclosed form of Order reinstating the case to the active trial list. Thank you for your attention to this matter.

    Respectfully,

    /s/ Michael F. O'Connor

    MICHAEL F. O'CONNOR

MFO:ng
Enclosure
c: Ms. Gladys Kong (by regular mail)
   Mr. Laurent Castailac (by regular mail)

**McMORAN, O'CONNOR, BRAMLEY & BURNS**
A PROFESSIONAL CORPORATION

McMORAN, O'CONNOR BRAMLEY & BURNS, PC
Michael F. O'Connor Bar No. 047401995
Ramshorn Executive Centre
2399 Highway 34
Bldg. D Suite D-1
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Plaintiff,
Brian Nash

| | |
|---|---|
| BRIAN NASH,<br><br>    Plaintiff,<br><br>vs.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br>    Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>Docket No. MON-L-2932-23<br><br>Civil Action<br><br>ORDER |

This matter being brought before the Court by McMoran O'Connor Bramley & Burns, PC, attorneys for plaintiff, Brian Nash, to restore to the active trial list the claims against defendants Lauren Castailac and Gladys Kong, which were erroneously dismissed for lack of prosecution, and for good cause shown:

**IT IS ON THIS** ___ **DAY OF MAY 2024** *ORDERED* that plaintiff's claims against defendants Lauren Castailac and Gladys Kong are restored to the active trial list; and,

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within seven (7) days.

_____
Hon.   Stacey D. Adams, J.S.C.

-1-