# **EXHIBIT G**

PREPARED BY THE COURT

| | |
|---|---|
| Brian Nash,<br><br>                Plaintiff,<br><br>vs.<br><br>Near North America, Inc.., et al,<br><br>                Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br>DOCKET NO.  MON - L - 2932 - 23<br><br>CIVIL ACTION<br><br>**ORDER** |

THIS MATTER having been opened by the Court, *sua sponte*, in order to reinstate the plaintiff's Complaint against defendants **Laurent Castailac** and **Gladys Kong** which was inadvertently dismissed for lack of prosecution without prejudice on March 29, 2024 notwithstanding that on March 25, 2024 plaintiff's counsel filed conforming Affidavits of Service as to those two defendants which had not been processed by Court staff prior to the dismissal, and for other good cause appearing;

IT IS on this 2nd day of April, 2024;

ORDERED that the March 29, 2024 Order dismissing the Complaint against **Laurent Castailac** and **Gladys Kong** without prejudice for lack of prosecution be and the same is hereby vacated; and it is further

ORDERED that the Complaint be and the same is hereby reinstated against **Laurent Castailac** and **Gladys Kong**; and it is further;

ORDERED that service of this Order shall be deemed effectuated upon all parties upon its upload to eCourts.  Court staff shall mail a copy of this Order on all self-represented parties not served electronically within seven (7) days of the date of this Order.

                                                                               */s/ Stacey D. Adams*

                                                                       Stacey D. Adams, J.S.C.