# EXHIBIT H

## Case Summary

**Case Number:** MON L-002932-23

**Case Caption:** Nash Brian Vs Near North America, Inc.

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Monmouth | **Case Initiation Date:** 09/18/2023 |
| **Case Type:** Whistleblower / Conscientious Employee Protection Act (Cepa) | **Case Status:** Closed | **Jury Demand:** 6 Jurors |
| **Case Track:** 3 | **Judge:** Stacey D Adams | **Team:** 3 |
| **Original Discovery End Date:** 02/09/2025 | **Current Discovery End Date:** 02/09/2025 | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 03/29/2024 | **Case Disposition:** Dismissed Rule 1:13-7 | **Statewide Lien:** |

**Plaintiffs**
**Brian Nash**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** Michael Francis O'Connor |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 047401995 |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** MOCONNOR@MCMORANLAW.COM | | |

**Defendants**
**Near North America,Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mark S Winter |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 033271996 |
| **City:** | **State:** CA | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** MARK.WINTER@PIBLAW.COM | | |

**Near Intelligence Hldgs, Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mark S Winter |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 033271996 |
| **City:** | **State:** CA | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** MARK.WINTER@PIBLAW.COM | | |

**Near Intelligence, Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mark S Winter |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 033271996 |
| **City:** | **State:** CA | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** MARK.WINTER@PIBLAW.COM | | |

**Laurent Castailac**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** CA | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

**Gladys Kong**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** CA | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

**Anil Mattews**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |

**City:**                    **State:** CA                **Zip:** 00000                **Phone:**

**Attorney Email:**

| Case Actions | | | |
|---|---|---|---|
| **Filed Date** | **Docket Text** | **Transaction ID** | **Entry Date** |
| 09/18/2023 | Complaint with Jury Demand for MON-L-002932-23 submitted by O'CONNOR, MICHAEL FRANCIS, MC MORAN O'CONNOR BRAMLEY & BURNS, PC on behalf of BRIAN NASH against NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG ET AL. | LCV20232872318 | 09/18/2023 |
| 09/19/2023 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20232875961 | 09/19/2023 |
| 10/18/2023 | AFFIDAVIT OF SERVICE submitted by O'CONNOR, MICHAEL, FRANCIS of MC MORAN O'CONNOR BRAMLEY & BURNS, PC on behalf of BRIAN NASH against NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG ET AL. | LCV20233145499 | 10/18/2023 |
| 11/17/2023 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by PARKER, SCOTT, W. of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH, LAURENT CASTAILAC, GLADYS KONG, ANIL MATTEWS | LCV20233411557 | 11/17/2023 |
| 11/17/2023 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by IBRAHIM, SANJAY, P of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH, LAURENT CASTAILAC, GLADYS KONG, ANIL MATTEWS | LCV20233411730 | 11/17/2023 |
| 11/17/2023 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by WINTER, MARK, S of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH, LAURENT CASTAILAC, GLADYS KONG, ANIL MATTEWS | LCV20233411841 | 11/17/2023 |
| 11/22/2023 | CLERK NOTICE: re: NOTICE OF APPEARANCE (NOT THE FIRST PAPER) [LCV20233411557] -processed as non-conforming-missing case information statement. Please submit. DB | LCV20233446674 | 11/22/2023 |
| 11/22/2023 | STIPULATION TO EXTEND TIME FOR ANSWER submitted by PARKER, SCOTT, W. of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH | LCV20233446668 | 11/22/2023 |
| 11/28/2023 | STIPULATION TO EXTEND TIME FOR ANSWER submitted by PARKER, SCOTT, W. of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH | LCV20233482562 | 11/28/2023 |
| 12/11/2023 | NOTICE OF BANKRUPTCY submitted by IBRAHIM, SANJAY, P of PARKER IBRAHIM & BERG LLP on behalf of NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC. against BRIAN NASH | LCV20233600362 | 12/11/2023 |
| 12/27/2023 | CLERK NOTICE: re: NOTICE OF BANKRUPTCY [LCV20233600362] -The Complaint against these defendants only has been stayed (dismissed without prejudice) until the bankruptcy is dismissed or discharged. Any party can submit a Motion or Consent Order to ask the court to stay the entire case. Paul, Ext. 87586 | LCV20233716470 | 12/27/2023 |
| 01/27/2024 | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV2024233493 | 01/27/2024 |
| 03/25/2024 | AFFIDAVIT OF SERVICE submitted by O'CONNOR, MICHAEL, FRANCIS of MC MORAN O'CONNOR BRAMLEY & BURNS, PC on behalf of BRIAN NASH against NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG ET AL. | LCV2024761520 | 03/25/2024 |
| 03/30/2024 | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV2024825405 | 03/30/2024 |
| 05/22/2024 | GENERAL CORRESPONDENCE submitted by O'CONNOR, MICHAEL, FRANCIS of MC MORAN O'CONNOR BRAMLEY & BURNS, PC on behalf of BRIAN NASH against NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HLDGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG ET AL. | LCV20241298152 | 05/22/2024 |
| 05/23/2024 | ORDER TO REINSTATE CASE - GRANTED by Judge STACEY D. ADAMS, J.S.C. | LCV20241317711 | 05/23/2024 |

```
MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD          NJ 07728
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   SEPTEMBER 18, 2023
                         RE:     NASH BRIAN  VS NEAR NORTH AMERICA,  INC.
                         DOCKET: MON L -002932 23

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON RICHARD W. ENGLISH

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (732) 358-8700 EXT 87549.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: MICHAEL F. O'CONNOR
                                    MC MORAN O'CONNOR BRAMLEY & BU
                                    2399 HIGHWAY 34 BLDG D STE D-1
                                    MANASQUAN        NJ 08736


ECOURTS
```

Job # __9636124__
Ref # __20230922164151__

# Affidavit of Process Server

In The Superior Court of New Jersey in and for Monmouth County - Law Division
(NAME OF COURT)

| Brian Nash | VS | Near North America, Inc., et al | MON-L-2932-23 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Sharlene Brooks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Near Intelligence Holdings, Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint; CIS; Track Assignment Notice; Certification (Received Sep 25, 2023 at 12:21pm EDT)
by leaving with  Left in the presence of "Jane Doe", CSC representative (per CSC policy they will no longer provide a name for acceptance). All documents must be left in the basket at front desk .
NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808

On _____ Mon, Sep 25 2023 _____ AT _____ 02:41 PM
DATE                                                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY          STATE          ZIP

Manner of Service:
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Description:   Age   34   Sex   Female   Race   African American   Height   5'6"   Weight   150 lb   Hair   Black   Beard              Glasses

Date: September 26, 2023 _____

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on September 26, 2023 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

Job # 9636133
Ref # 20230922164126

# Affidavit of Process Server

In The Superior Court of New Jersey in and for Monmouth County - Law Division
(NAME OF COURT)

| Brian Nash | VS | Near North America, Inc., et al | MON-L-2932-23 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Sharlene Brooks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Near North America, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint; CIS; Track Assignment Notice; Certification (Received Sep 25, 2023 at 12:21pm EDT)
by leaving with  Left in the presence of "Jane Doe", CSC representative (per CSC policy they will no longer provide a name for acceptance). All
documents must be left in the basket at front desk .
NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Sep 25 2023 _____ AT _____ 02:41 PM _____
DATE                                                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY                    STATE              ZIP

Manner of Service:
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Description:  Age  34  Sex  Female  Race  African  Height  5'6"  Weight  150 lb  Hair  Black  Beard            Glasses
                                                American

Date: September 26, 2023 _____                          _____
                                                              SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State
of Delaware on September 26, 2023 (Date)                       _____
                                                              SIGNATURE OF NOTARY PUBLIC
                                                              NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

Job # 9636143
Ref # 20230922163948

# Affidavit of Process Server

In The Superior Court of New Jersey in and for Monmouth County - Law Division
(NAME OF COURT)

| Brian Nash | VS | Near North America, Inc., et al | MON-L-2932-23 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Sharlene Brooks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Near Intelligence, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint; CIS; Track Assignment Notice; Certification (Received Sep 25, 2023 at 12:21pm EDT)
by leaving with  Left in the presence of "Jane Doe", CSC representative (per CSC policy they will no longer provide a name for acceptance). All documents must be left in the basket at front desk .
NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Sep 25 2023 _____        AT        _____ 02:41 PM _____
DATE                                                                                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY                    STATE                    ZIP

Manner of Service:
- ☐ Personal: By personally delivering copies to the person being served.
- ☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- ☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
- ☒ Corporate: By personally delivering copies to the person named above.
- ☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
- ☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

- ☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
- ☐ Address Does Not Exist  ☐ Other _____

Description:  Age  34  Sex  Female  Race  African American  Height  5'6"  Weight  150 lb  Hair  Black  Beard  Glasses

Date: September 26, 2023 _____

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on September 26, 2023 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
          sanjay.ibrahim@piblaw.com
          mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as attorney in the above-captioned matter on behalf of Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. (collectively "Defendants"), and requests that copies of all notices given or required to be given and all papers filed, served or required to be served, in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number and e-mail address:

Scott W. Parker, Esq.
PARKER IBRAHIM & BERG LLP
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com

                    Respectfully submitted,

                    **PARKER IBRAHIM & BERG LLP**
                    *Attorneys for Defendants,*
                    Near North America, Inc., Near Intelligence
                    LLC (successor entity of Near Intelligence
                    Holdings, Inc.), and Near Intelligence, Inc.

                    */s/ Scott W. Parker*
                    Scott W. Parker

Date: November 17, 2023

Scott W. Parker, Esq. - 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
        sanjay.ibrahim@piblaw.com
        mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| Plaintiff, | MONMOUTH COUNTY |
| | |
| v. | DOCKET NO: L-002932-23 |
| | |
| NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS, | CIVIL ACTION |
| | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I, Scott W. Parker, Esq., hereby certify as follows:

1.      I am an attorney-at-law admitted to practice in the State of New Jersey and am a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc., in the above-captioned matter.

2.      On November 17, 2023, I caused to be sent a copy of this firm's Notice of Appearance and this Certification of Service, as follows:

**VIA eCOURTS and FIRST CLASS MAIL**
Micahel F. O'Connor, Esq.
McMoran, O'Connor Bramley & Burns, PC
2399 Highway 34
Building D, Suite D-1
Manasquan, New Jersey 07736
*Attorneys for Plaintiff*
Brian Nash

     3.     I certify the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                 Respectfully submitted,

                                 **PARKER IBRAHIM & BERG LLP**
                               *Attorneys for Defendants,*
                               Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc.

                               */s/ Scott W. Parker*
                               Scott W. Parker

Date: November 17, 2023

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
          sanjay.ibrahim@piblaw.com
          mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>                Plaintiff,<br><br>       v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br><br>          Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as attorney in the above-captioned matter on behalf of Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. (collectively "Defendants"), and requests that copies of all notices given or required to be given and all papers filed, served or required to be served, in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number and e-mail address:

Sanjay P. Ibrahim, Esq.
PARKER IBRAHIM & BERG LLP
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: sanjay.ibrahim@piblaw.com

Respectfully submitted,

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence
LLC (successor entity of Near Intelligence
Holdings, Inc.), and Near Intelligence, Inc.

*/s/ Sanjay P. Ibrahim*
Sanjay P. Ibrahim

Date: November 17, 2023

Scott W. Parker, Esq. - 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
        sanjay.ibrahim@piblaw.com
        mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>            Plaintiff,<br><br>       v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF SERVICE** |

I, Sanjay P. Ibrahim, Esq., hereby certify as follows:

1.     I am an attorney-at-law admitted to practice in the State of New Jersey and am a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc., in the above-captioned matter.

2.     On November 17, 2023, I caused to be sent a copy of this firm's Notice of Appearance and this Certification of Service, as follows:

**<u>VIA eCOURTS and FIRST CLASS MAIL</u>**
Micahel F. O'Connor, Esq.
McMoran, O'Connor Bramley & Burns, PC
2399 Highway 34
Building D, Suite D-1
Manasquan, New Jersey 07736
*Attorneys for Plaintiff*
Brian Nash

      3.     I certify the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                  Respectfully submitted,

                  **PARKER IBRAHIM & BERG LLP**
                  *Attorneys for Defendants,*
                  Near North America, Inc., Near Intelligence
                  LLC (successor entity of Near Intelligence
                  Holdings, Inc.), and Near Intelligence, Inc.

                  */s/ Sanjay P. Ibrahim*
                  Sanjay P. Ibrahim

Date: November 17, 2023

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
       sanjay.ibrahim@piblaw.com
       mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| Plaintiff, | MONMOUTH COUNTY |
| | |
| v. | DOCKET NO: L-002932-23 |
| | |
| NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS, | CIVIL ACTION |
| | **NOTICE OF APPEARANCE** |
| | |
| Defendants. | |

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as attorney in the above-captioned matter on behalf of Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. (collectively "Defendants"), and requests that copies of all notices given or required to be given and all papers filed, served or required to be served, in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number and e-mail address:

Mark S. Winter, Esq.
PARKER IBRAHIM & BERG LLP
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: mark.winter@piblaw.com

Respectfully submitted,

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence
LLC (successor entity of Near Intelligence
Holdings, Inc.), and Near Intelligence, Inc.

*/s/ Mark S. Winter*
Mark S. Winter

Date: November 17, 2023

Scott W. Parker, Esq. - 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
       sanjay.ibrahim@piblaw.com
       mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>        Plaintiff,<br><br>v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF SERVICE** |

I, Mark S. Winter, Esq., hereby certify as follows:

1.     I am an attorney-at-law admitted to practice in the State of New Jersey and am an associate of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc., in the above-captioned matter.

2.     On November 17, 2023, I caused to be sent a copy of this firm's Notice of Appearance and this Certification of Service, as follows:

**VIA eCOURTS and FIRST CLASS MAIL**
Michael F. O'Connor, Esq.
McMoran, O'Connor Bramley & Burns, PC
2399 Highway 34
Building D, Suite D-1
Manasquan, New Jersey 07736
*Attorneys for Plaintiff*
Brian Nash

3.      I certify the foregoing statements made by me are true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence
LLC (successor entity of Near Intelligence
Holdings, Inc.), and Near Intelligence, Inc.

*/s/ Mark S. Winter*
Mark S. Winter

Date: November 17, 2023

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
          sanjay.ibrahim@piblaw.com
          mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | LAW DIVISION |
| | MONMOUTH COUNTY |
| v. | |
| NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS, | DOCKET NO: L-002932-23 |
| | CIVIL ACTION |
| | **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Brian Nash

("Plaintiff"), and Defendants Near North America, Inc., Near Intelligence LLC (successor entity

of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. ("Defendants"), appearing through

its undersigned counsel, that the time within which Defendants may answer Plaintiff's Complaint

be and hereby is extended until November 27, 2023.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and by electronic signature, facsimile or other electronic means.

Dated:  November 16, 2023

Dated: November 16, 2023

**MCMORAN, O'CONNOR BRAMLEY & BURNS, PC**

**PARKER IBRAHIM & BERG LLP**

_/s/ Michael F. O'Connor____

*Scott W. Parker*
_____

By: Michael F. O'Connor, Esq.
*Attorneys for Plaintiff,*
Brian Nash

By:  Scott W. Parker, Esq.
Sanjay P. Ibrahim, Esq.
*Attorneys for Defendants,*
Near North America, Inc., Near
Intelligence LLC (successor entity of
Near Intelligence Holdings, Inc.), and
Near Intelligence, Inc.

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
          sanjay.ibrahim@piblaw.com
          mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MONMOUTH COUNTY |
| Plaintiff, | |
| v. | DOCKET NO: L-002932-23 |
| NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS, | CIVIL ACTION |
| | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I, Scott W. Parker, Esq., hereby certify as follows:

1.       I am an attorney-at-law admitted to practice in the State of New Jersey and am a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc., in the above-captioned matter.

2.       On November 22, 2023, I caused to be sent a copy of a Stipulation Extending Time to Answer Complaint and this Certification of Service, as follows:

**VIA eCOURTS and FIRST CLASS MAIL**
Michael F. O'Connor, Esq.
McMoran, O'Connor Bramley & Burns, PC
2399 Highway 34
Building D, Suite D-1
Manasquan, New Jersey 07736
*Attorneys for Plaintiff,*
Brian Nash

3.      I certify the foregoing statements made by me are true and correct.  I am aware

that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence
LLC (successor entity of Near Intelligence
Holdings, Inc.), and Near Intelligence, Inc.

*/s/ Scott W. Parker*
Scott W. Parker, Esq.

Date: November 22, 2023

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
       sanjay.ibrahim@piblaw.com
       mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>          Plaintiff,<br><br>       v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br>          Defendants. | SUPERIOR COURT OF NEW JERSEY<br><br>LAW DIVISION<br><br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Brian Nash ("Plaintiff"), and Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. ("Defendants"), appearing through its undersigned counsel, that the time within which Defendants may answer Plaintiff's Complaint be and hereby is extended until December 11, 2023.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and by electronic signature, facsimile or other electronic means.

Dated:  November 27, 2023

**MCMORAN, O'CONNOR BRAMLEY & BURNS, PC**

_/s Michael F. O'Connor_____
By: Michael F. O'Connor, Esq.
     _Attorneys for Plaintiff_,
     Brian Nash

Dated: November 27, 2023

**PARKER IBRAHIM & BERG LLP**

_Scott W. Parker_
_____
By:  Scott W. Parker, Esq.
     Sanjay P. Ibrahim, Esq.
     _Attorneys for Defendants,_
     Near North America, Inc., Near
     Intelligence LLC (successor entity of
     Near Intelligence Holdings, Inc.), and
     Near Intelligence, Inc.

Scott W. Parker, Esq. – 044461999
Sanjay P. Ibrahim, Esq. – 024942000
Mark S. Winter, Esq. – 033271996
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Facsimile: (908) 333-6230
E-mail: scott.parker@piblaw.com
        sanjay.ibrahim@piblaw.com
        mark.winter@piblaw.com
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence LLC
(successor entity of Near Intelligence Holdings, Inc.),
and Near Intelligence, Inc.

| | |
|---|---|
| BRIAN NASH,<br><br>               Plaintiff,<br><br>      v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILAC, GLADYS KONG and ANIL MATTEWS,<br><br>               Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO: L-002932-23<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF SERVICE** |

I, Scott W. Parker, Esq., hereby certify as follows:

1.      I am an attorney-at-law admitted to practice in the State of New Jersey and am a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc., in the above-captioned matter.

2.      On November 28, 2023, I caused to be sent a copy of a Stipulation Extending Time to Answer Complaint and this Certification of Service, as follows:

**VIA eCOURTS and FIRST CLASS MAIL**
Michael F. O'Connor, Esq.
McMoran, O'Connor Bramley & Burns, PC
2399 Highway 34
Building D, Suite D-1
Manasquan, New Jersey 07736
*Attorneys for Plaintiff,*
Brian Nash

3.      I certify the foregoing statements made by me are true and correct.  I am aware

that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Near North America, Inc., Near Intelligence
LLC (successor entity of Near Intelligence
Holdings, Inc.), and Near Intelligence, Inc.

*/s/ Scott W. Parker*
Scott W. Parker, Esq.

Date: November 28, 2023



New Jersey Judiciary
Civil Practice Division

# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

| For Use by Clerk's Office Only | | | | |
|---|---|---|---|---|
| Payment type ☐ check ☐ charge ☐ cash | Charge/Check Number | Amount $ | Overpayment $ | Batch Number |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Scott W. Parker, Esq. | (908) 725-9700 ext. | Monmouth |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| Parker Ibrahim & Berg LLP | L-002932-23 |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| 270 Davidson Avenue, 5th Floor | Somerset | NJ | 08873 |

| Document Type | Jury Demand |
|---|---|
| Notice of Appearance | ☐ Yes ■ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Near North America, Inc., Near Intellig | BRIAN NASH v. NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, |

Case Type Number (See page 3 for listing)  616

| | | |
|---|---|---|
| Are sexual abuse claims alleged? | ☐ Yes | ■ No |
| Does this case involve claims related to COVID-19? | ☐ Yes | ■ No |
| Is this a professional malpractice case? | ☐ Yes | ■ No |

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law
regarding your obligation to file an affidavit of merit.

| Related Cases Pending? | ☐ Yes | ■ No |
|---|---|---|
| If "Yes," list docket numbers | | |

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ☐ Yes | ■ No |
|---|---|---|

| Name of defendant's primary insurance company (if known) | ☐ None | ☐ Unknown |
|---|---|---|
| **Chubb Custom Insurance Company** | | |

| **The Information Provided on This Form Cannot be Introduced into Evidence.** |
|---|

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship?       ■ Yes       ☐ No
  If "Yes," is that relationship:
  ■ Employer/Employee       ☐ Friend/Neighbor       ☐ Familial       ☐ Business
  ☐ Other (explain) _____

---

Does the statute governing this case provide for payment of fees       ■ Yes       ☐ No
by the losing party?

---

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.
Not applicable.

---

&#9855; Do you or your client need any disability accommodations?       ☐ Yes       ■ No
    If yes, please identify the requested accommodation:

  Will an interpreter be needed?       ☐ Yes       ■ No
    If yes, for what language?

---

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature:       **/s/ Scott W. Parker**
                                                     **Scott W. Parker, Esq.**

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

## CASE TYPES

(Choose one and enter number of case type in appropriate space on page 1.)

### Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 999 | Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

### Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

## Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |

## Multicounty Litigation (Track IV)

| | |
|---|---|
| 271 | Accutane/Isotretinoin |
| 281 | Bristol-Myers Squibb Environmental |
| 282 | Fosamax |
| 285 | Stryker Trident Hip Implants |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 299 | Olmesartan Medoxomil Medications/Benicar |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 625 | Firefighter Hearing Loss Litigation |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 632 | HealthPlus Surgery Center |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Please check off each applicable category**

☐ **Putative Class Action**          ☐ **Title 59**                    ☐ **Consumer Fraud**

```
MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD           NJ 07728
                                    DISMISSAL NOTICE

TELEPHONE - (732) 358-8700 EXT. 87549,AUBREY GALLAGHER     TEAM 003
COURT HOURS:  8:30 AM - 4:30 PM


               DATE: JANUARY 26, 2024
                 RE: NASH BRIAN  VS NEAR NORTH AMERICA,  INC.
             DOCKET: MON L -002932 23
             PARTY:   L CASTAILAC          G KONG           A MATTEWS




        PLEASE TAKE NOTICE THAT ON MARCH 26, 2024     (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


   HON RICHARD W. ENGLISH                              ATT: MICHAEL F. O'CONNOR
                                                       MC MORAN O'CONNOR BRAMLEY
& BU    _____
        JUDGE                                          2399 HIGHWAY 34 BLDG D
STE D-1
                                                       MANASQUAN        NJ 08736
```

BRIAN NASH

Plaintiff

vs

NEAR NORTH AMERICA, INC., ET AL

Defendant

**Person to be served** (Name and Address):
GLADYS KONG
1409 RUTHERFORD DR.
PASADENA  CA  91103
**By serving:** GLADYS KONG

**Attorney:** MICHAEL F. O'CONNOR, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION

**Service Data:**  [X] Served Successfully   [ ] Not Served

Date/Time:   03/05/24 09:03am   _____

[ ] Delivered a copy to him/her personally

[X] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: M  AGE: 55  HEIGHT: 5'7"  WEIGHT: 170  SKIN: Asian  HAIR: Gray  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant

[ ] No response on:   Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

---

20240228134736

Superior Court Of New Jersey

MONMOUTH Venue

Docket Number: MON L 2932 23

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Name of Person Served and relationship/title:

Ronald Kong

Husband / Household member

D. Azml
COMM# 2376426
NOTARY PUBLIC—CALIFORNIA
Riverside County
MY COMM. EXPIRES 9/25/2025

---

**To Be Used Where Electronic Signature Not Available**
**Served Dates:**
Subscribed and Sworn to me this

8   day of   March   , 20 24

Notary Signature: _____
D. Azml              09/25/2025
Name of Notary      Commission Expiration

**Docusign Court Approved E-Signature**

I,  Carlos Canas ,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____                    03 / 08 /20 24
Signature of Process Server        Date

Name of Private Server:  Carlos Canas   Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952