# **EXHIBIT I**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN NASH,<br><br>                Plaintiff,<br><br>        v.<br><br>NEAR NORTH AMERICA, INC., NEAR INTELLIGENCE HOLDINGS, INC., NEAR INTELLIGENCE, INC., LAURENT CASTAILLAC, GLADYS KONG and ANIL MATTEWS,<br><br>                Defendants. | Civil Action No. |

## **DECLARATION OF JOHN FAIETA**

I, JOHN FAIETA, hereby declare as follows:

1. I am a CFO of Azira LLC ("Azira"), who purchased substantially all of the assets of Near North America, Inc., Near Intelligence LLC (successor entity of Near Intelligence Holdings, Inc.), and Near Intelligence, Inc. (collectively, "Near"), in a Bankruptcy-Court-approved asset sale. Prior to Near's bankruptcy filing, I was formerly employed by Near North America, Inc., as its CFO. I am authorized to execute this Affidavit on behalf of Azira in support of Defendant Laurent Castaillac's ("Defendant Castaillac's") Notice of Removal.

2. I make this Affidavit based on my personal knowledge from my review of Azira's business records as described in Paragraph 3 of this Affidavit. I am over the age of 18 and competent to testify as to the facts contained in this Affidavit.

3. In my position as CFO, I have access to Azira's business records. I am personally familiar with the record-keeping practices of Azira and I have access to the business records of Azira, including the employment records for Plaintiff. I make this Declaration based upon my review of those records and from my own personal knowledge of how they are kept and maintained. The employment records for Plaintiff are: (a) made at or near the time of the occurrence of the matters recorded by persons who are engaged in the business and who have personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept, made and maintained in the course of the Company's regularly conducted business activities; and (c) created so they may be relied upon as being accurate. When records are received by Azira from predecessors-in-interest or affiliated entities, it is the regular practice of Azira to incorporate those records into Azira's business records. It is also Azira's regular practice to rely upon such records received from its predecessors-in-interest and affiliated entities in the regular course of its business.

4. Azira is a limited liability corporation with a principal office in the State of California. Azira's home office is located at 80 S Lake Ave., #719, Pasadena, CA 91101.

5. I am familiar with the allegations in the Complaint filed by Plaintiff. I have reviewed Azira's employment records and I made this declaration in support of Defendant Castilliac's Notice of Removal, specifically as to the amount or value placed in controversy by this lawsuit.

6. Based upon my review of Azira's employment records, I have determined that Plaintiff's annual compensation at the time Plaintiff was terminated (including quarterly bonuses) exceeded $150,000.00. Due to confidentiality issues, I am not attaching the business records demonstrating Plaintiff's salary.

      Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2024             _____
                                                                          JOHN FAIETA