# EXHIBIT A

BRIAN NASH

Plaintiff

vs

NEAR NORTH AMERICA, INC., ET AL

Defendant

20240305221845

_____ Court Of _____

_MONMOUTH_ Venue

Docket Number: MON L 2932 23

**Person to be served** (Name and Address):
LAURENT CASTAILAC
541 WINDSOR DR.
MENLO PARK CA 94025
By serving: LAURENT CASTAILAC

**Attorney:** MICHAEL F. O'CONNOR, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Service Data:**  [X] Served Successfully       [ ] Not Served

Date/Time: 3/8/2024

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

LAURENT CASTAILAC
SELF

**Description of Person Accepting Service:**

SEX: M  AGE: 55  HEIGHT: 6'0"  WEIGHT: 190  SKIN: C  HAIR: Gray/Balding  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:    Date/Time: _____
                       Date/Time: _____
                       Date/Time: _____

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: See over

_____    _____
Name of Notary    Commission Expiration

**Docusign Court Approved E-Signature**

I, Donald Kaul, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    3/11/2024   Date

Name of Private Server: _____  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }
COUNTY OF San Mateo }

Subscribed and sworn to (or affirmed) before me on this __11th__ day of __March__, __2024__
                                                           Date              Month        Year

by __Donald Kaul__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _[signature]_
*Signature of Notary Public*

FRANK KAUL
Notary Public · California
San Mateo County
Commission # 2432751
My Comm. Expires Jan 24, 2027

*Seal*
*Place Notary Seal Above*

---------- OPTIONAL ----------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit of Service__

Document Date: __3/8/24__

Number of Pages: __1__

Signer(s) Other Than Named Above: __none__